# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| BYOUNG SUK AN, | :   No. 377 MAL 2015 |
| Petitioner | : |
| | :   Petition for Allowance of Appeal from |
| | :   the Order of the Superior Court |
| v. | : |
| | : |
| VICTORIA FIRE & CASUALTY CO., D/B/A | : |
| TITAN AUTO INSURANCE AND | : |
| MATTHEW GILMORE AND ZAINAB | : |
| WALKER, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.